**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Digital Display Solutions, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7 4 – 3 0 1 9 7 6 5 |
| 4. | Debtor's address | **Principal place of business**<br><br>**12223 San Pedro Avenue**<br>Number   Street<br><br>**San Antonio    TX    78216**<br>City                      State   ZIP Code<br><br>**Bexar**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                      State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number   Street<br><br>_____<br>City                      State   ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor **Digital Display Solutions, Inc.**_____ Case number (if known) _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11.  *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor **Digital Display Solutions, Inc.** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                 MM / DD / YYYY
            Case number, if known _____

            Debtor _____ Relationship _____
            District _____ When _____
                                 MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district?***

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Digital Display Solutions, Inc.** _____ Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street
_____
City    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Digital Display Solutions, Inc.**                     Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **04/17/2024**
    MM / DD / YYYY

    X **/s/ Lisa Harbert**
    Signature of authorized representative of debtor
    **Lisa Harbert**
    Printed name
    **President**
    Title

18. **Signature of attorney**

    X **/s/ William R. Davis, Jr.**                     Date **04/17/2024**
    Signature of attorney for debtor                         MM / DD / YYYY

    **William R. Davis, Jr.**
    Printed name
    **Langley & Banack, Inc.**
    Firm name
    **745 E Mulberry Ave.**
    Number       Street
    **Suite 700**

    **San Antonio**                                **TX**        **78212**
    City                                            State         ZIP Code

    **(210) 736-6600**                              **wrdavis@langleybanack.com**
    Contact phone                                   Email address
    **05565500**                                    **TX**
    Bar number                                      State

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

In re **Digital Display Solutions, Inc.**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................................... | **$25,000.00** |
| Prior to the filing of this statement I have received....................................................... | **$11,500.00** |
| Balance Due.................................................................................................................... | **$13,500.00** |

2. The source of the compensation paid to me was:

    ☑ Debtor　　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor　　　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/17/2024** | **/s/ William R. Davis, Jr.** | |
|---|---|---|
| *Date* | *William R. Davis, Jr.* | Bar No. 05565500 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 700 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

---

**/s/ Lisa Harbert**

*Lisa Harbert*
*President*

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Digital Display Solutions, Inc.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Admin. Disaster Assistance Proc essing & Disbursement 14925 Kingsport Rd. | | | | | | $2,000,000.00 |
| 2 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes (940/941) | | | | $470,000.00 |
| 3 | Creston P.O. Box 932917 Atlanta, GA 31193-2917 | | Services | | $151,558.05 | $1.00 | $151,557.05 |
| 4 | Knightsbridge Funding, LLC 40 Wall St., Suite 2903 New York, NY 10005 | | MCA lender | | | | $115,284.00 |
| 5 | Octaine Financing, LLC 100 Quentin Roosevelt Blvd., Suite 204 Garden City, NY 11530 | | MCA lender | | | | $97,436.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Digital Display Solutions, Inc.** Case number (if known) _____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | BIAMP<br>9300 SW Gemini Dr.<br>Beaverton, OR 97008-7396 | | Goods and services | | | | $81,005.32 |
| 7 | Exertis | | Goods and services | | | | $55,929.04 |
| 8 | E Advance Services, LLC<br>370 Lexington Ave., Suite 801<br>New York, NY 10017 | | MCA lender | | | | $55,309.00 |
| 9 | Capytal.com (CPL) | | | | | | $45,720.00 |
| 10 | DataPath North America<br>24909 General Armistead Ave., Suite 102<br>Norristown, PA 19403 | | Goods and services | | | | $42,572.27 |
| 11 | Hughes - Vendor<br>11717 Exploration Lane<br>Germantown, MD 20876 | | Goods and services | | | | $41,945.00 |
| 12 | Advanced Audio Visual<br>P.O. Box 34232<br>San Antonio, TX 78265 | | Goods and services | | | | $31,690.00 |
| 13 | Accu Tech<br>12625 Wetmore Rd., Suite 207<br>San Antonio, TX 78247 | | Goods and services | | | | $23,143.95 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Debtor  **Digital Display Solutions, Inc.**　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Visionary Solutions  2060 Alameda Padre Serra, Suite 100  Santa Barbara, CA 93103 | | Goods and services | | | | $19,190.00 |
| 15 ADI  P.O. Box 731340  Dallas, TX 75373-1340 | | Goods and services | | | | $18,830.19 |
| 16 Digital Fire Team, LLC  459 Spencer Lane  San Antonio, TX 78201 | | Goods and services | | | | $15,991.46 |
| 17 Extron Electronics  1025 E. Ball Rd.  Anaheim, CA 92805 | | Goods and services | | | | $13,818.10 |
| 18 Legrand AV, Inc.  6436 City West Pkwy.  Eden Prairie, NM 55344 | | Goods and services | | | | $13,422.51 |
| 19 Liberty Wire & Cable, Inc.  11675 Ridgeline Dr.  Colorado Springs, CO 80921 | | Goods and services | | | | $12,166.94 |
| 20 CMO Funding, LLC  7775 NW 128th Avenue  Parkland, FL 33076 | | Goods and services | | | | $10,285.00 |

Official Form 204　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　page 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Digital Display Solutions, Inc.**                    CASE NO

                                                                  CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   4/17/2024                                           Signature   /s/ Lisa Harbert
                                                                                 *Lisa Harbert*
                                                                                 *President*

Date                                                           Signature

```
Accu Tech
12625 Wetmore Rd., Suite 207
San Antonio, TX  78247


ADI
P.O. Box 731340
Dallas, TX  75373-1340


Advanced Audio Visual
P.O. Box 34232
San Antonio, TX  78265


AVPro Store
2222 E. 52nd St. N
Sioux Falls, SD  57104


B and H Photo
429 9th Avenue
New York, NY  10001


BIAMP
9300 SW Gemini Dr.
Beaverton, OR  97008-7396


C&C Accounting Services
1612 Los Cove Lane
Panama City Beach, FL  32413


Capital One
Recovery Department
1957 Westmoreland Rd
Richmond, VA 23276-5617


Capytal.com (CPL)
```

CMO Funding, LLC
7775 NW 128th Avenue
Parkland, FL  33076


Creston
P.O. Box 932917
Atlanta, GA  31193-2917


DataPath North America
24909 General Armistead Ave., Suite 102
Norristown, PA  19403


DCode AV, LLC
10950 US Hwy 281 N
Spring Branch, TX  70870


Digital Fire Team, LLC
459 Spencer Lane
San Antonio, TX  78201


DIR Fees


E Advance Services, LLC
370 Lexington Ave., Suite 801
New York, NY  10017


Exertis


Extron Electronics
1025 E. Ball Rd.
Anaheim, CA  92805

```
Hughes - Vendor
11717 Exploration Lane
Germantown, MD  20876



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346



JLA Communications, LLC
2307 Bandera Rd., Suite 102
San Antonio, TX  78216



Knightsbridge Funding, LLC
40 Wall St., Suite 2903
New York, NY  10005



Lawnscapes of San Antonio
20079 Stone Oak, Suite 1105 PMB 115
San Antonio, TX  78216



Legrand AV, Inc.
6436 City West Pkwy.
Eden Prairie, NM  55344



Liberty Wire & Cable, Inc.
11675 Ridgeline Dr.
Colorado Springs, CO  80921



Lisa Habert




Lisa Harbert
```

Lutron Electronics Co., Inc.
7200 Suter Road
Coopersburg, PA 18036


Mega Systems, Inc.
18668 Bandera Rd., Lot #13
Helote,s TX 78023


National Life Insurance Co.
P.O. Box 121109
Dallas, TX 75312-1109


Octaine Financing, LLC
100 Quentin Roosevelt Blvd., Suite 204
Garden City, NY 11530


Pest Force Central Office
1262 Eastgate Rd., Suite 2
Midlothian, TX 76065


QSC


River Advance


Roger and Lisa Harbert


Seneca Data Distributors, Inc.
P.O. Box 2260
New York, NY 10087-2607

```
Snap One
1800 Continental Blvd., Suite 200
Charlotte, NC  28273


Synnex
44201 Nobel Drive
Fremont, CA  94538


Texstar Bank




U.S. Small Business Admin.
Disaster Assistance
Proc essing & Disbursement
14925 Kingsport Rd.
Ft. Worth, TX  76155

United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512


United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC  20530-0001


Visionary Solutions
2060 Alameda Padre Serra, Suite 100
Santa Barbara, CA  93103


Waste Management of Texas, Inc.
5610 Houston St.
San Antonio, TX  78220


Wave Electronics
12961 Park Central
San Antonio, TX  78216
```